THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YONG FENG WU,<br><br>　　　　　Defendant. | CASE NO. CR22-0048-JCC-2<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal Exhibit A of his sentencing memorandum. (Dkt. No. 95.) While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the nature of the information contained in the exhibit at issue, these criteria are met here. Accordingly, the motion to seal (Dkt. No. 95) is GRANTED and the Clerk is DIRECTED to maintain Docket Number 96 under seal.

//

//

//

ORDER
CR22-0048-JCC-2
PAGE - 1

1 | DATED this 20th day of May 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE