THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YONG FENG WU,<br><br>    Defendant. | CASE NO. C22-0048-JCC-2<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion for a scheduling order for disposition of a third-party claim (Dkt. No. 98). On April 29, 2024, Yan Hong Zeng filed a claim to the preliminarily forfeited real property located at 6901 West Marginal Way SW, Seattle, Washington, titled to Defendant Yong Feng Wu. (*See* Dkt. No. 92.) The Government asserts that additional time is needed to conduct discovery and evaluate Ms. Zeng's claim. (Dkt. No. 98 at 2.) Finding good cause, the Government's motion is GRANTED. The Government and Ms. Zeng may engage in discovery related to her third-party claim pursuant to Federal Rule of Criminal Procedure 32.2(c)(1)(B). The discovery period shall close on September 3, 2024, and the parties shall file any dispositive motions no later than October 2, 2024. If necessary, an evidentiary hearing will be held on any disputed third-party claims to the

real property at a date and time to be determined.

DATED this 27th day of June 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk