The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YONG FENG WU,<br><br>Defendant,<br><br>and<br><br>YAN HONG ZENG,<br><br>Third-Party Claimant. | NO. CR22-048-JCC<br><br>[PROPOSED]<br><br>**THIRD SCHEDULING ORDER FOR THIRD-PARTY CLAIM** |

THIS MATTER comes before the Court on the United States' and Third-Party Claimant Yan Hong Feng's Stipulated Motion for a Third Scheduling Order for Third-Party Claim, as to the third-party claim filed by Claimant Zeng (*see* Dkt. No. 92) to the preliminarily forfeited real property located at 6901 West Marginal Way SW, Seattle, Washington, titled to Defendant Yong Feng Wu (the "Real Property").

The Court, having reviewed the pleadings filed in this matter, hereby FINDS that entry of a third scheduling order governing setting a discovery schedule and a motions deadline is appropriate. The Court may permit additional time to conduct discovery and

Third Scheduling Order for Third-Party Claim - 1
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

entertain motions related to a third-party claim pursuant to Fed. R. Crim. P. 32.2(c)(1), and, to the extent an evidentiary hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6).

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the United States and Third-Party Claimant Yan Hong Zeng may engage in discovery related to her third-party claim to the preliminarily forfeited Real Property. The discovery period shall close on March 4, 2025;

2. The United States and Third-Party Claimant Yang Hong Zeng shall file any dispositive motions no later than April 9, 2025; and,

3. If necessary, an evidentiary hearing will be held on any disputed third-party claims to the Real Property at a date and time to be determined.

IT IS SO ORDERED.

DATED this 4th day of November 2024.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Third Scheduling Order for Third-Party Claim - 2
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

_s/ Karyn S. Johnson_
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov


_s/ Jason E. Anderson_
JASON E. ANDERSON
Attorney for Yan Hong Zeng
Emerald City Law Firm PC
20935 S. 6th Avenue
Des Moines, Washington 98198
Phone: 206-706-2882
jason@jasonandersonlaw.com
*permission to e-sign issued on September 20, 2024.*

Third Scheduling Order for Third-Party Claim - 3
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970