THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0048-JCC-2 |
| Plaintiff, | ORDER |
| v. | |
| YONG FENG WU, | |
| Defendant. | |

This matter comes before the Court on Defendant Yong Feng Wu's unopposed motion for a 30-day extension of his self-surrender date (Dkt. No. 118). For the reasons indicated in Defendant's motion (*id.*), the motion is hereby GRANTED. Defendant's self-surrender date is extended to May 15, 2025.

DATED this 11th day of April, 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0048-JCC-2
PAGE - 1