|     |     |
| --- | --- |
|     | The Hon. John C. Coughenour |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. QIXIAN WU,<br>2. YONG FENG WU, and<br>3. YONG CONG WU,<br><br>Defendants. | NO. CR22-048-JCC<br><br>**MOTION FOR A FINAL ORDER OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR:<br>August 13, 2025 |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(2) for a Final Order of Forfeiture forfeiting, to the United States, the following property, which has already been forfeited by Defendants Qixian Wu, Yong Feng Wu, and Yong Cong Wu (the "Subject Property"):

    a.    A Mossberg 930, 12-gauge shotgun, serial no. AF0013955, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

//

Motion for a Final Order of Forfeiture - 1
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  b. A Century Arms RAS47, 7.62mm caliber rifle, serial no. RAS47061541, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

  c. A Marlin X7, .25-06 caliber rifle, serial no. MM1949S3, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

  d. A Bushmaster BR-308, .308 caliber rifle, serial no. SRD014365, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

  e. A Glock 17, 19mm handgun, serial no. ZFE208, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

  f. A Kimber Aegis, 9mm handgun, serial no. PB0093892, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

  g. A Smith & Wesson M&P 15, .300 caliber rifle, serial no. TH03456, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

  h. An FNH PS90, 5.7mm caliber rifle, serial no. FN1221059, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

  i. A Glock 17, 9mm handgun, serial no. BBVT020, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

  j. A Smith & Wesson M&P 380 Shield, .380 caliber handgun, serial no. NCZ9001, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

//

Motion for a Final Order of Forfeiture - 2
*United States v. Qixian Wu, et al.*, CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

k. A Smith & Wesson M&P Bodyguard, .380 caliber handgun, serial no. KEZ7281, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

l. A 2018 Mercedes G-550, WA license no. BLR4603, VIN 4JGDF7FE0JB069056, seized at the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

m. A 2020 Mercedes G63 W4, WA license no. A2257821, VIN W1NYC7HJ7LX363352, seized at the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

n. $94 in U.S. currency, seized from the residence of Qixian Wu, Yong Feng Wu, and Yong Cong Wu on October 21, 2020;

o. $69,456 in U.S. currency, seized from Affordable Indoor Gardening Supplies, the business of Yong Feng Wu and Yong Cong Wu, on October 21, 2020;

p. 13 USPS money orders totaling $12,000, seized from Affordable Indoor Gardening Supplies, the business of Yong Feng Wu and Yong Cong Wu, on October 21, 2020;

q. 33 Western Union money orders totaling $16,010, seized from Affordable Indoor Gardening Supplies, the business of Yong Feng Wu and Yong Cong Wu, on October 21, 2020;

r. A Money Gram money order in the amount of $800, seized from Affordable Indoor Gardening Supplies, the business of Yong Feng Wu and Yong Cong Wu, on October 21, 2020;

s. 5 Rouse money orders totaling $5,000, seized from Affordable Indoor Gardening Supplies, the business of Yong Feng Wu and Yong Cong Wu, on October 21, 2020; and

Motion for a Final Order of Forfeiture - 3
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  t.  2 Fidelity Express money orders totaling $990, seized from Affordable Indoor Gardening Supplies, the business of Yong Feng Wu and Yong Cong Wu, on October 21, 2020.

This motion is based on the following procedural facts, which are reflected in the pleadings filed and orders entered in this matter, as well as the Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture ("Johnson Decl.").

## BACKGROUND

On November 7, 2023, Qixian Wu and Yong Cong Wu each pleaded guilty to *Conspiracy to Manufacture and Distribute Marihuana*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Count 1), and *Conspiracy to Commit Money Laundering*, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h) (Count 2). *See* Dkt. Nos. 47 (Superseding Information), 51 (Yong Cong Wu's Plea Agreement), 56 (Qixian Wu's Plea Agreement).

In his Plea Agreement, Yong Cong Wu agreed to forfeit his interest in any property that facilitated and/or constitutes proceeds of his commission of *Conspiracy to Manufacture and Distribute Marihuana* (Count 1), pursuant to 21 U.S.C. § 853, including the Subject Property. Dkt. No. 51, ¶ 13. Yong Cong Wu also agreed to forfeit his right to any property involved in his commission of *Conspiracy to Commit Money Laundering*, pursuant to 18 U.S.C. § 982(a)(1). *Id*.

In his Plea Agreement, Qixian Wu likewise agreed to forfeit his interest in any property that facilitated and/or constitutes proceeds of his commission of *Conspiracy to Manufacture and Distribute Marihuana* (Count 1), pursuant to 21 U.S.C. § 853, including the Subject Property. Dkt. No. 56, ¶ 13. Qixian Wu also agreed to forfeit his right to any property involved in his commission of *Conspiracy to Commit Money Laundering*, pursuant to 18 U.S.C. § 982(a)(1). *Id*.

On November 9, 2023, Yong Feng Wu pleaded guilty to *Conspiracy to Manufacture and Distribute Marihuana*, in violation of 21 U.S.C. §§ 841(a)(1),

Motion for a Final Order of Forfeiture - 4
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

841(b)(1)(C), and 846 (Count 1), and *Conspiracy to Commit Money Laundering*, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h) (Count 2). *See* Dkt. Nos. 47 (Superseding Information), 62 (Yong Feng Wu's Plea Agreement). In his Plea Agreement, Yong Feng Wu agreed to forfeit his interest in any property that facilitated and/or constitutes proceeds of his commission of *Conspiracy to Manufacture and Distribute Marihuana* (Count 1), pursuant to 21 U.S.C. § 853, including the Subject Property. Dkt. No. 62, ¶ 13. Yong Feng Wu also agreed to forfeit his right to any property involved in his commission of *Conspiracy to Commit Money Laundering*, pursuant to 18 U.S.C. § 982(a)(1). *Id*.

In their Plea Agreements, Qixian Wu, Yong Cong Wu, and Yong Feng Wu (collectively, "Defendants") also agreed to forfeit their interests in the real property located at 6901 West Marginal Way SW, Seattle, Washington, titled to Yong Feng Wu (the "Real Property"); $152,631 in U.S. currency, seized on October 21, 2020, from Defendants' residence (the "$152,631 in U.S. Currency"); and 29 pieces of jewelry, valued at approximately $14,450, seized on October 21, 2020, from Defendants' residence (the "Jewelry"). Dkt. No. 51, ¶ 13; Dkt. No. 56, ¶ 13; Dkt. No. 62, ¶ 13. Because criminal ancillary proceedings are ongoing with respect to the Real Property, the $152,631 in U.S. Currency, and the Jewelry, the United States will address these assets in subsequent pleadings.

On January 24, 2024, the Court entered Preliminary Orders of Forfeiture finding the Subject Property, the Real Property, the $152,631 in U.S. Currency, and the Jewelry forfeitable pursuant to 21 U.S.C. § 853, because this property was proceeds of, and/or facilitated Defendants' commission of *Conspiracy to Manufacture and Distribute Marihuana,* and forfeiting Defendants' interests in it. Dkt. Nos. 69 (Preliminary Order of Forfeiture as to Qixian Wu), 70 (Preliminary Order of Forfeiture as to Yong Feng Wu), 71 (Preliminary Order of Forfeiture as Yong Cong Wu).

Motion for a Final Order of Forfeiture - 5
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Qixian Wu and Yong Cong Wu were sentenced on February 13, 2024. Yong Feng Wu was sentenced on July 2, 2024. The applicable Preliminary Orders of Forfeiture were incorporated into the Judgments. *See* Dkt. Nos. 84, 86, 106.

**PUBLICATION AND NOTICE**

As required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Preliminary Orders of Forfeiture and its intent to dispose of the property therein, in accordance with governing law. Dkt. No. 87. The notice informed any third parties claiming an interest in the property that they were required to file a petition with the Court within 60 days of the notice's first publication on February 9, 2024. *Id.*

As required by Fed. R. Crim. P. 32.2(b)(6)(A), and as discussed in further detail below, the United States sent notice and copies of the Preliminary Orders of Forfeiture by U.S. Certified Mail to individuals and entities who appear to be potential claimants, based on the underlying investigative materials. *See* Johnson Decl., ¶ 3. The notices informed any third parties claiming interest in any of the property that they were required to file a petition with the Court within 30 days of receiving the notice. *Id.*

Only four potential claimants -- **Yang Hong Zeng**, **Xiu Lan Cao**, **Ying Luo**, and **Qiong Ju Li** – have filed third-party petitions in this case. None of these claimants asserted interests in any of the Subject Property. The notices and third-party petitions are summarized below:

- On March 5, 2024, the United States sent direct notice to **Yan Hong Zeng** via email to her attorney. *See* Johnson Decl., ¶ 6 & Exhibit A. Yan Hong Zeng filed a third-party petition in which she asserted an interest in the Real Property. *See* Dkt. No. 92. Yan Hong Zeng did not claim an interest in any of the Subject Property. *Id.*

- On October 7, 2024, the United States sent direct notice to **Xiu Lan Cao**. *See* Johnson Decl., ¶ 7 & Exhibit B. This notice was delivered on

Motion for a Final Order of Forfeiture - 6
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

October 9, 2024. *Id.* Xiu Lan Cao filed a third-party petition in which she asserted an interest in the Real Property, the Jewelry, and approximately $10,000 of the $152,631 in U.S. Currency. *See* Dkt. No. 112. Xiu Lan Cao did not assert an interest in any of the Subject Property. *Id.*

- On October 7, 2024, the United States sent direct notice to **Ying Luo**. *See* Johnson Decl., ¶ 8 & Exhibit C. This notice was delivered on October 9, 2024. *Id.* Ying Luo filed a third-party petition in which she asserted an interest in the Real Property and approximately $120,000 of the $152,631 in U.S. Currency. *See* Dkt. No. 113. Ying Luo did not assert an interest in any of the Subject Property. *Id.*

- On October 7, 2024, the United States sent direct notice to **Qiong Ju Li**. *See* Johnson Decl., ¶ 9 & Exhibit D. This notice was delivered on October 9, 2024. *Id.* Qiong Ju Li filed a claim in which she asserted an interest in approximately $12,500 of the $152,631 in U.S. Currency. *See* Dkt. No. 114. Qiong Ju Li did not assert an interest in any of the Subject Property. *Id.*

In Defendants' Plea Agreements, Defendants admitted that they began to operate **New Direction** in or about June 2016 as a marijuana processing and production facility at 6901 West Marginal Way SW, Seattle, Washington (the Real Property), and that New Direction operated in violation of Washington State and federal law. Defendants further admitted that, in furtherance of their *Conspiracy to Manufacture and Distribute Marihuana*, they knowingly manufactured marihuana at New Direction in violation of Washington State laws and regulations related to the production and distribution of marihuana. *See* Dkt. No. 51, ¶¶ 9(b)-(i), (p)-(s); Dkt. No. 56, ¶¶ 9(b)-(i), (p)-(s); Dkt. No. 62, ¶¶ 9(b)-(i), (p)-(s). Notwithstanding the centrality of New Direction to Defendants' commission of *Conspiracy to Manufacture and Distribute Marihuana*, on October 7, 2024, the United States sent direct notice addressed to New Direction, at 6901

Motion for a Final Order of Forfeiture - 7
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

West Marginal Way SW, Seattle, Washington 98106 (the Real Property). *See* Johnson Decl., ¶ 15 & Exhibit H. The notice was unclaimed and returned to sender, stamped "Undeliverable as Addressed" and "Unable to Forward." *Id.*

In their Plea Agreements, Defendants also admitted that Yong Cong Wu and Yong Feng Wu began to operate **Affordable Indoor Gardening Supplies LLC** ("**AIG**") in or about July 2013 at 11823 Renton Avenue S., Seattle, Washington; that AIG provided equipment to New Direction and to individuals that were producing marihuana at illicit indoor grows throughout Western Washington; and that Yong Cong Wu and Yong Feng Wu laundered approximately $322,400 in proceeds from illicit marihuana sales through AIG's bank accounts. *See* Dkt. No. 51, ¶¶ 9(j)-(m); Dkt. No. 56, ¶¶ 9(j)-(m); Dkt. No. 62, ¶¶ 9(j)-(m). Notwithstanding the centrality of AIG to the charged conspiracies, on October 7, 2024, the United States sent direct notice to AIG at its Seattle address. *See* Johnson Decl., ¶ 10 & Exhibit E. USPS tracking for this notice states, in part, that "forward expired," and the notice was returned to sender, marked "Not Deliverable as Addressed" and "Unable to Forward." *Id.*

The United States also sent direct notice to potential claimants who might be using or occupying the Real Property, namely, **Vance Creek LLC** ("**Vance Creek**"), and any "**Tenants**" at the Real Property:

- According to publicly available records, **Vance Creek** does business at 6901 West Marginal Way SW, Seattle, Washington 98106 (the Real Property) and has a mailing address in Fife, Washington. *See* Johnson Decl., ¶ 11 & Exhibit F. On July 16, 2024, the United States sent direct notice addressed to **Vance Creek** at the Real Property and at its Fife mailing address. *See* Johnson Decl., ¶ 12 & Exhibit F. Per USPS tracking, the notice mailed to Vance Creek at the Real Property was delivered on July 29, 2024. *Id.* The notice mailed to Vance Creek at the Fife mailing

Motion for a Final Order of Forfeiture - 8
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

address was returned to sender, marked "Attempted – Not Known" and "Unable to Forward." *Id.*

- On March 12, 2024, the United States sent direct notice addressed to "**Tenants**" at 6901 West Marginal Way SW, Seattle, Washington 98105 (note: the correct zip code is 98106) (the Real Property). This notice was returned to sender, marked "Unclaimed" and "Unable to Forward." *See* Johnson Decl., ¶ 13 & Exhibit G. On April 8, 2025, the United States sent direct notice addressed to "Tenants" at 6901 West Marginal Way SW, Seattle, Washington 98106 (the Real Property), via both regular and Certified Mail. *See* Johnson Decl., ¶ 14, & Exhibit G. The notice sent via Certified Mail was returned to sender, marked "Unclaimed" and "Unable to Forward." *Id.*

The United States has reviewed publicly recorded deeds of trust to identify any additional potential claimants to the Real Property. Johnson Decl. ¶¶ 16, 18-20 & Exhibits J, K, L. Three deeds of trust indicate that five individuals loaned funds to Yong Feng Wu, and those loans were secured by the Real Property. Those individuals are **Yan Hong Zeng** (discussed above), **Jianchen Wu** (**Wu**), **Kaki Chung** (**Chung**), **Liwen Liu** (**Liu**), and **Xiaohong Wang** (**Wang**). *Id.* As discussed below, the United States sent notice addressed to Wu, Chung, Liu, and Wang at the mailing address reflected in the three deeds of trust, *i.e.*, 5210 NE 8th Place, Renton, Washington 98059 ("5210 NE 8th Place").

In addition, through review of publicly available records, the United States identified 25908 SE 23rd Court, Sammamish, Washington 98075 ("25908 SE 23rd Court") as associated with Wu, Chung, and Liu, and 436 Williams Avenue N., Renton, Washington 98057 ("436 Williams Avenue N.") as associated with Chung and Liu. The United States also sent direct notice to these addresses. *See* Johnson Decl., ¶¶ 23-24 &

Motion for a Final Order of Forfeiture - 9
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Exhibits N, O. As discussed below, the United States also sent direct notice to these addresses.

Without further identifiers, it was difficult to determine the address for the "Xiaohong Wang" who purportedly loaned funds to Yong Feng Wu. *See* Johnson Decl., ¶ 25. Ultimately, the United States cast a wide net and mailed direct notice to 11 individuals named "Xiaohong Wang" at addresses in the Western District of Washington that were provided by the United States Postal Inspection Service (USPIS), as discussed below. *Id.* ¶¶ 25, 38.

The notices addressed to Wu, Chung, Liu, and Wang are summarized below:

- On May 20, 2024, the United States sent direct notice addressed to **Jian Chen Wu** at 5210 NE 8th Place and 25908 SE 23rd Court. *See* Johnson Decl., ¶ 27 & Exhibit P. Per USPS tracking, the notice mailed to 5210 NE 8th Place was delivered on May 22, 2024. *Id.* The notice mailed to 25908 SE 23rd Court was returned to sender, marked "Unclaimed" and "Unable to Forward." *Id.* On April 8, 2025, the United States sent direct notice to Wu at 25908 SE 23rd Court and two addresses in Seattle, Washington, that were identified through a search of public records. *See* Johnson Decl., ¶ 28 & Exhibit P. Per USPS tracking, the notice sent to Wu at 25908 SE 23rd Court was delivered on April 10, 2025. *Id.* Per USPS tracking, one of the notices sent to Wu in Seattle was delivered on May 7, 2025; the other notice sent to Wu in Seattle was returned to sender, marked "No Such Number" and "Unable to Forward." *Id.* Direct notice was also sent to Wu via an email address identified through investigative records, on May 9, 2025. *See* Johnson Decl., ¶ 29 & Exhibit P.

- On May 20, 2024, the United States sent direct notice to **Kaki Chung** at 5210 NE 8th Place, 25908 SE 23rd Court, 436 Williams Avenue N, and an address in Seattle, Washington, which was identified through a search of

Motion for a Final Order of Forfeiture - 10
*United States v. Qixian Wu, et al.*, CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

public records. *See* Johnson Decl., ¶ 31 & Exhibit Q. Per USPS tracking, the notice sent to 5210 NE 8th Place was delivered on May 22, 2024. *Id.* The other notices were returned to sender. *Id.* On April 8, 2025, the United States sent notice to Chung at 25908 SE 23rd Court and 436 Williams Avenue N.; USPS tracking shows that these letters were delivered on April 10, 2025. *See* Johnson Decl., ¶ 32 & Exhibit Q. On May 8, 2025, the United States sent notice to Chung at one additional address identified through a search of public records; USPS tracking shows that this letter was delivered on May 10, 2025. *See* Johnson Decl., ¶ 33 & Exhibit Q.

- On May 20, 2024, the United States sent direct notice to **Liwen Liu** at 5210 NE 8th Place, 25908 SE 23rd Court, and 436 Williams Avenue N. *See* Johnson Decl., ¶ 35 & Exhibit R. USPS tracking indicates that the notice sent to 5210 NE 8th Place was delivered on May 22, 2024. *Id.* USPS tracking shows that delivery was attempted at 25908 SE 23rd Court and 436 Williams Avenue N.; however, these notices were returned to sender, stamped "Unclaimed" and "Unable to Forward." *Id.* On April 8, 2025, the United States sent notice to Liu at 25908 SE 23rd Court and 436 Williams Avenue N. *See* Johnson Decl., ¶ 36 & Exhibit R. USPS tracking shows that these letters were delivered on April 10, 2025. *Id.*

- On May 20, 2024, the United States sent direct notice to **Xiaohong Wang** at 5210 NE 8th Place. *See* Johnson Decl., ¶ 37 & Exhibit S. USPS tracking shows that this notice was delivered on May 22, 2024. *Id.* Out of an abundance of caution, the United States also sent direct notice addressed to "Xiaohong Wang" at 11 addresses in Western Washington associated with the name "Xiaohong Wang." *Id.* ¶ 38. Letters sent to five of these addresses were delivered on or before May 6, 2025. *Id.* ¶¶ 39-41, 44, 46 & Exhibit S.

Motion for a Final Order of Forfeiture - 11
*United States v. Qixian Wu, et al.*, CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Letters sent to six of these addresses were returned to sender. *Id.* ¶¶ 42-43, 45, 47-49 & Exhibit S.

No third-party claims have been filed for the Subject Property, and the relevant period for doing so has expired. *See* 21 U.S.C. § 853(n)(2), Fed. R. Crim. P. 32.2(b)(6), and Fed. R. Civ. P., Supp. R. G(5)(a)(ii). The last date to file a third-party petition in response to the published notice was April 9, 2024. The direct notices were sent on or before May 9, 2025; 30 days thereafter is June 8, 2025.

## CONCLUSION

The rights of Defendants Qixian Wu, Yong Feng Wu, and Yong Cong Wu in the Subject Property have been forfeited to the United States, and ancillary proceedings for the Subject Property have now concluded. Accordingly, the United States respectfully requests the Court enter a Final Order of Forfeiture, forfeiting the Subject Property to the United States. A proposed Final Order of Forfeiture is submitted herewith.

DATED this 1st day of August, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

  *s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Motion for a Final Order of Forfeiture - 12
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

      *s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal IV, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4132
Fax: (206) 553-6934
Donna.R.Taylor@usdoj.gov

Motion for a Final Order of Forfeiture - 13
*United States v. Qixian Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970