The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

YONG FENG WU,

          Defendant,

and

YAN HONG ZENG,

          Third-Party Claimant.

NO. CR22-048-JCC

[PROPOSED]

**ORDER TO STAY THE UNITED STATES' MOTION TO DISMISS IN PART AND FOR PARTIAL SUMMARY JUDGMENT AND TO RE-OPEN DISCOVERY AS TO THIRD-PARTY PETITION OF YAN HONG ZENG**

(Dkt. No. 133)

THIS MATTER comes before the Court on the United States' and Third-Party Claimant Yan Hong Zeng's Joint Motion to Stay the United States' Motion to Dismiss in Part and for Partial Summary Judgment and to Re-Open Discovery as to the Third-Party Petition of Yan Hong Zeng (**Dkt. No. 143**).

The Court, having reviewed the pleadings filed in this matter, and good cause having been shown, hereby FINDS that deferring the Court's ruling on the United States' Motion to Dismiss in Part and for Partial Summary Judgment (*see* Dkt. No. 133), which is noted for June 12, 2026, and re-opening discovery regarding Ms. Zeng's Third-Party

Order Granting Joint Motion to Stay and to
Re-Open Discovery - 1
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

Petition (*see* Dkt. No. 92), for a limited time, is appropriate. Accordingly, The Court may permit additional time to conduct discovery and entertain motions related to a third-party claim pursuant to Fed. R. Crim. P. 32.2(c)(1), and, to the extent an evidentiary hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6).

NOW, THEREFORE, THE COURT ORDERS:

1.      Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the United States and Third-Party Claimant Yan Hong Zeng may engage in additional discovery related to her third-party claim. The discovery period shall close on August 17, 2026;

2.      The United States and Third-Party Claimant Yang Hong Zeng shall submit a status report, which shall include a proposed briefing schedule if needed, no later than August 24, 2026; and,

3.      If necessary, an evidentiary hearing will be held regarding Ms. Zeng at a date and time to be determined.

IT IS SO ORDERED.

DATED this 11th day of June, 2026.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Order Granting Joint Motion to Stay and to
Re-Open Discovery - 2
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

Presented by:

 *s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Karyn.S.Johnson@usdoj.gov


 *s/Jason E. Anderson*
JASON E. ANDERSON
Attorney for Yan Hong Zeng
Emerald City Law Firm PC
20935 S. 6th Avenue
Des Moines, Washington 98198
Phone: 206-706-2882
jason@jasonandersonlaw.com
*permission to e-sign issued on June 11, 2026.*

Order Granting Joint Motion to Stay and to
Re-Open Discovery - 3
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970